Certificate Number: 06531-PAE-DE-038821118

Bankruptcy Case Number: 24-11752



06531-PAE-DE-038821118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 30, 2024</u>, at <u>2:41</u> o'clock <u>PM CDT</u>, <u>Sonia C Miller-Hill</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 30, 2024

By:  /s/Patricia Queen

Name:  Patricia Queen

Title:  Certified Credit Counselor